IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA ADDINGTON and                                                    PLAINTIFFS
SHERRI CARTWRIGHT

vs.                             CASE NO.  3:11cv00044 JMM

NETTLETON PUBLIC SCHOOL DISTRICT                                        DEFENDANTS
and RICKY LYNN

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 17th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE